[No. 65959-6-I.   Division One.   January 17, 2012.]

COLUMBIA STATE BANK, *Appellant*, v. NORMANDY PARK INVESTORS, LLC, ET AL., *Defendants*, ANTINORI DEVELOPMENT, LLC, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 09-2-06371-1, Gregory P. Canova, J., entered August 20, 2010. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Cox and Ellington, JJ.

[No. 67565-6-I.   Division One.   January 17, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. REMANDEZ MATTHEW NELSON, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 09-1-02169-6, John A. McCarthy, J., entered March 5, 2010. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Leach, A.C.J., and Appelwick, J.

[No. 67566-4-I.   Division One.   January 17, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. JORDAN D. KNIPPLING, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 09-1-00119-7, Amber L. Finlay, J., entered July 19, 2010. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Leach, A.C.J., and Appelwick, J.

[No. 67567-2-I.   Division One.   January 17, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. AVERY CARTRELL WILLIAMS, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 10-1-00611-1, Wm. Thomas McPhee, J., entered September 9, 2010. *Reversed* and *remanded* by unpublished opinion per Ellington, J., concurred in by Appelwick and Spearman, JJ.